UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM J. JAMES,                      )   CASE NO. C08-0635-JCC
                                       )
          Plaintiff,                   )
                                       )
     v.                                )   ORDER DENYING APPLICATION
                                       )   TO PROCEED IFP AND DISMISSING
MARGE LITTRELL, et al.,                )   CASE
                                       )
          Defendants.                  )
_____)

     The Court, having reviewed the Report and Recommendation of Mary Alice Theiler,

United States Magistrate Judge, and the remaining record, does hereby find and Order:

     (1)     The Court adopts the Report and Recommendation;

     (2)     Plaintiff's application to proceed in forma pauperis (Dkt. 1) is DENIED and this

             action is DISMISSED, without prejudice; and,

     (3)     The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

     DATED this 12th day of August, 2008.

                                        _____
                                        John C. Coughenour
                                        United States District Judge

ORDER DENYING APPLICATION TO
PROCEED IFP AND DISMISSING CASE
PAGE -1